IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>Vs.<br><br>DONALD DEAN JENSEN,<br><br>          Defendant. | CASE NO. 4:12-CR-085<br><br><br><br>DEFENDANT'S SENTENCING<br>MEMORANDUM |

On June 29, 2012, the government obtained a three-count indictment charging the

defendants, Donald Jensen and Abelardo Ramirez Juarez, with conspiracy to commit forced

labor between March 1, 2010, and October 17, 2011, in violation of 18 U.S.C. §§1589(a) and

1590(a); and alien smuggling on or about March 11, 2010, and on or about December 18, 2010,

both in violation of 8 U.S.C. §1324(a) (2)(B)(iii).  On March 27, 2013, Mr. Jensen formally

accepted responsibility for his actions in the offense by pleading guilty to the alien smuggling

charges under counts two and threw, pursuant to a written plea agreement.  The Court accepted

his guilty pleas and adjudicated him guilty the same day.

ISSUES FOR SENTENCING

1.    THE APPLICABILITY OF A THREE LEVEL DOWNWARD ADJUSTMENT

       FOR COMMITTING THE OFFENSE OTHER THAN FOR PROFIT,

       PURSUANT TO USSG §2L1.1(b)(1).

       §2L1.1 states as follows:

           (a) Base Offense Level:

                 (1) **25,** if the defendant was convicted under 8 U.S.C. § 1327 of a

                       violation involving an alien who was inadmissible under 8

                       U.S.C. § 1182(a)(3);

(2) **23,** if the defendant was convicted under 8 U.S.C. § 1327 of a

violation involving an alien who previously was deported after

a conviction for an aggravated felony: or

(3) **12,** otherwise.

(b) Specific Offense Characteristics:

(1) If (A) the offense was committed other than for profit, or the

offense involved the smuggling, transporting, or harboring only

of the defendant's spouse, or child (or both the defendant's

spouse and child), and (B) the base offense level is determined

under subsection (a)(3), decrease by 3 levels.

§2L1.1 (b)(1) applies under the facts of the case for reason that neither women smuggled across the U.S. border was smuggled for profit or any monetary gain. The facts show the defendant was looking for female companionship and possible marraiage partner. Never were these women put to work or involved in prostitution. In fact, the evidence will show the defendant spent large sums of money on the two women, including food, shelter, clothing, cell phones, medical bills and the like.

A decrease by 3 levels is warranted in this matter leaving the following calculation: 12-3=9.

2.   THE APPLICABILITY OF A TWO LEVEL AGGRAVATING ROLE

ADJUSTMENT, PURSUANT TO USSG §3B1.1(C).

The defendant disputes the rational expressed in the pre-sentence report, including paragraph 32 adding 2 points to the total offense level. The defendant admitted his role in the smuggling of the two women and his payment to the co-defendant. Both defendants were equally responsible for their respective roles in the violation they plead guilty to.

The defendant expressly disagrees with the pre-sentence report, paragraph 99 which states that the defendant recruited vulnerable women under false pretenses to enter into slavery-like conditions. The evidence at sentencing will present a much different version.

3.  THE APPLICABILITY OF THE SPECIFIC CHARACTERISTIC ADJUSTMENT FOR INVOLUNTARILY DETAINING AN ALIEN THROUGH COERCION ON THREATS PURSUANT TO USSG §2L1.1(B)(8)(A).

§2L1.1(B)(8)(A) STATES AS FOLLOWS:

(A) If an alien was involuntarily detained through coercion or threat, or in connection with a demand for payment, (i) after the alien was smuggled into the United States; or (ii) while the alien was transported or harbored in the Unites States, increase by **2** levels. If the resulting offense level is less than level **18**, increase to level **18**.

The pre-sentence report included the above specific offense characteristic in paragraph 30 of the pre-sentence report. The defendant does not believe this to be accurate. The evidence at sentencing will show that:

(A) Neither woman was involuntarily detained. In fact, both were free to come and go as they liked.

(B) Neither woman was detained by coercion on threat. This is absolutely false and will be addressed by witnesses at sentencing.

The defendant's total offense level should be 9, less 3 for acceptance of responsibility for a total of 6.

4.  THE ABILITY OF THE DEFENDANT TO PAY A FINE

Pursuant to USSG § 8C2.4(d) based on defendant's adjusted offense level of 6, the fine should be in the amount of $5,000.

Defendant will be calling 6 to 8 witnesses to establish the above-matter. Exhibits will

include various photographs of the defendant and the two women, along with proof of

the lifestyle while living with the defendant, which is a much different picture than

expressed in the pre-sentence report

5.      Attached are the sworn statements of the defendant's witnesses who will appear on

July 23, 2013 to testify on his behalf.

RESPECTFULLY SUBMITTED:

/s/    Timothy McCarthy, II
Timothy McCarthy (AT0005148)
McCARTHY & HAMROCK, P.C.
1200 Valley West Drive, Ste. 400
West Des Moines, IA 50266
PH: (515) 279-9700
FAX: (515) 279-8355
EMAIL: tim@mccarthyandhamrock.com
ATTORNEY FOR DEFENDANT.

Original Filed.

Copy to:

Jason Griess
Asst. U.S. Attorney
U.S. Courthouse Annex, Ste. 286
110 East Court Avenue
Des Moines, IA 50309-2053
Jason.griess2@usdoj.gov

| CERTIFICATE OF SERVICE |
| --- |
| The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on July 18, 2013. |

By:   ☐ U.S. Mail          ☐ FAX
      ☐ Hand Delivered      ☐ Overnight Courier
      ☐ Federal Express     ☒ Other:   electronically

Signature:    Mackenzie Mossman

Z:\Users\Tim\Jensen, Donald\Pldg - Defendant's Sentencing
Memorandum130717.doc

# SWORN STATEMENT OF MARK ACKERMAN

On March 21, 2013, I met with James McDonald, Private Investigator, and participated in an interview conducted by Mr. McDonald.

Mr. McDonald compiled a summary of this interview and it is as follows:

On this date, I met with Mark Ackerman. Mark is a friend of Don Jensen's and has known him for several years. Mark works for United Seed and is the Iowa Operations Manager for them.

Mark stated that one night he was with his friend Mike Laud and Don Jensen and they went to supper. Don told him that he was not happy with the other investigator. Don stated that he was very hesitant to say anything at all until November 1, 2012.

Mark stated that one night Don called and came over and showed him the ankle bracelet.

Mark stated that what they were saying about Don was misleading and non-truthful; that a year ago last December Don drove a motorhome to Texas and wanted Mark to drive down to get him.

Mark stated that Don was quite open with Mike Laud when they talked about this.

Mark stated that he would go out to eat with Don and that Don buys grass seed from him. He has been a customer since 2007 when Mark started with United Seed.

Mark stated that Don would bring Alejandra into the shop at United Seed.

Mark stated that Don had a job at the Aviva campus and Mark would see her there in the truck reading a book. He stated that Alejandra was not very social.

Mark stated that he was around Alejandra and Renata quite a bit and that neither was ever held against their will.

Mark stated that when Renata was with Don, they traveled quite a bit and she was always dressed up, dressed and ready to go.

Mark stated that Renata seemed much friendlier than Alejandra.

Mark stated that in his heart he believe Don would marry Renata.

Mark stated that he knows that Renata loved Don by the way they treated each other.

Mark stated that he went out to eat with Don and Renata about six times and would visit them at their house. While he was visiting them at the house, he would work on their computers.

Mark lives in an old "bunk house" two to three days a week on a property owned by Don. His permanent home is in Allison, Iowa, but his work is in Des Moines, Iowa.

Mark stated that he has never seen anything forced between Don and either one of these women and that they never talked about a sex life.

Mark stated that he would see Don and Renata holding hands. She was holding on to his arm like she loved him and she had told him that she wanted to have a baby with Don.

Mark stated that under no circumstances did Don ever enslave either of these women.

Mark stated that Renata would say "honey this-honey that".

Mark stated that quite a while after his wife died, he remarried and that they had their wedding at Don's house by the pond. He stated that Renata was at the wedding and was all "dolled up" and carrying food around.

Mark stated that Renata loved the dog that they had.

Mark stated that one time while he was there working on the computer, he saw Don and Renata in the other room and he witnessed no violent behavior and did see that Renata would kiss Don a lot.

Mark stated that in early 2011, Don and Renata talked about getting married. Renata said that she wanted a baby with Don in the worst way. Don wanted to be married before he had a child. Mark stated that Renata had medical problems and that Don took her to the doctor a lot in Marshalltown. He thinks that she had kidney problems.

Mark stated that he liked Renata because she tried to speak English. He stated that Alejandra never even tried to speak English.

Mark stated that Don speaks broken Spanish.

End of summary.

| | |
|---|---|
| STATE OF IOWA | ) |
| | ) SS: |
| COUNTY OF STORY | ) |

I, the undersigned, Mark Ackerman, after first being duly sworn, upon oath depose and state that I have read the above and foregoing interview summary and that the statements contained therein are true and correct to the best of my knowledge. Any deletions or additions have been made in my hand and initialed by me.

_____
Mark Ackerman

Subscribed and sworn to before me, a Notary Public, on this 16T day of July , 20 13.

_____
James E. McDonald, Notary Public
in and for the State of Iowa

James E. McDonald
Commission No. 151427
My Commission Exp. 5-11-16

# SWORN STATEMENT OF ISABEL IZQUIERDO

On March 7, 2013, and April 22, 2013, I met with James McDonald, Private Investigator, and participated in an interview conducted by Mr. McDonald.

Mr. McDonald compiled a summary of those interviews and it is as follows:

On March 7, 2013, I talked with Isabel Izquierdo by telephone.

Isabel stated that she has knowledge of Alejandra through Don Jensen.

Isabel stated that she met Alejandra at a bar/restaurant in Ames called Mangostino.

She stated that on at least one occasion they went to a bar in Des Moines called Baral. *Val Air*

Don asked Isabel if she would help to keep Alejandra entertained as he was working a lot and she had a lot of time on her hands.

Isabel stated that Alejandra liked to spend money.

On one occasion, Alejandra invited Isabel to dinner at their house. She stated that Don really appreciated her coming over and spending time with Alejandra and him.

Isabel stated that Don would take Alejandra to bars around Ames and Des Moines to make her happy.

Later in the conversation, Isabel stated that she did not consider Alejandra to be a good person. She stated that she is a liar and that she is shady. Isabel thinks that she was a prostitute while she still lived in Mexico. She stated that Alejandra would never answer any questions about what she did while she was in Mexico.

During this phone conversation, I read the summary of an interview conducted by Scott Gracious on 11/2012 to Isabel. She agreed with what was said in that interview.

Isabel stated that Alejandra started calling her from the bar at Applebee's. She stated that Alejandra was at Applebee's all the time. Eventually, she learned the reason why Alejandra was at Applebee's all of the time and this was because Alejandra was seeing a man that worked there. The man Alejandra was seeing was named Omar and he was a cook at Applebee's.

Isabel stated that she did not know Omar very well, but she does know his Aunt. She repeatedly referred to him as "The Kid".

Isabel stated that Alejandra was free to come and go as she pleased and that she wanted to go out and party all of the time. Alejandra would complain to Isabel that Don didn't want to go out and party all night. Isabel realized that Don had to be at work and needed his sleep. Isabel stated that Alejandra wanted to be out until four or five o'clock in the morning quite often.

Isabel stated that Alejandra had a cell phone of her own and she could have called anyone at any time.

Isabel stated that one time Alejandra called and said there was a party. She asked Isabel to pick her up at her house, drop her off at the party and then tell Don that she had stayed with her that night.

Isabel stated that she would testify, but she really does not want to.

I asked Isabel about LUNA. Isabel stated that women need a reason such as domestic abuse to get help from LUNA. She stated that Alejandra is probably now a resident of the United States because of her allegations of abuse against Don.

Isabel stated that Alejandra told her that Don wanted sex every night. Alejandra stated that he was not a young guy and that he takes a pill for performance.

Isabel stated that Alejandra fought with Don. She didn't like it here living on the farm because she couldn't go out all the time. Isabel told her that "life is different here in the States".

Isabel stated that one day Alejandra called and told Isabel that she was no longer with Don.

Isabel stated that Don called her one time to talk about Renata. She stated that Don was worried about her because Renata was sick.

## Second Interview

On April 22, 2013, I met with Isabel Izquierdo at the Village Inn on 22nd Street and University Avenue in West Des Moines, Iowa.

I asked Isabel about her background. She stated that she is originally from Peru and that women in Peru are more liberal and the men are more macho. She stated that she has been in the United States for 30 years, she is divorced, has children, and her ex-husband still lives in Ames.

The first question I asked Isabel is if she would be willing to testify. Isabel stated that she would testify is she was needed to.

Isabel stated that Alejandra probably now has a U Visa; that means that it is issued because the person was abused or beat up, etc. The purpose of this Visa is to protect the victim.

We talked briefly about another witness that I had talked with. Isabel referred to her as Romena and I had her name as Romay. Isabel stated that she knows this woman and that there are three sisters who sometimes like to make trouble.

Isabel stated that for all the time she knew Alejandra she had her own cell phone that was totally unrestricted by Don. She stated that she called Mexico on that cell phone all the time.

Isabel stated that Alejandra had told her that she was somewhat embarrassed to be with Don because he was older. She went on to tell Isabel that Don wanted to have sex every day and that he took a blue pill to do so.

Isabel stated that she went to dances at Mangostinos and saw Don and Alejandra there two or three time, but they never talked. She stated that one Sunday they all went to the Val Air and saw a group. On that occasion, Alejandra talked to Isabel. Alejandra told Isabel that she was bored and had nothing to do and asked to exchange phone numbers.

Isabel stated that she went to Don's house twice. One morning (a Sunday morning) Alejandra called Isabel and asked "Can you pick me up?" Isabel replied, "Where?" And Alejandra stated that she was at Jose's; that she had fight with Don the previous night and she had stayed at Jose's trailer.

Isabel stated that she had brought Alejandra to her house and it was then that they called Don. Alejandra didn't want Don to know that she had spent the night at another guy's house.

Whenever Isabel was out with Alejandra, Alejandra would go to the bathroom and would be gone for at least 10 minutes. Isabel stated that someone else always went with Alejandra when she went to the bathroom (the inference is that Alejandra was doing something more than using the bathroom).

Isabel stated that Alejandra was never locked in the house and was never locked out of the house.

On another occasion, Alejandra wanted Isabel to talk to Don and she told Alejandra that she would not lie about Alejandra spending the night at her house.

Don wanted Isabel to spend time with Alejandra because she was lonely.

The first time Isabel went to the house, it was very clean. The second time she was there, it was not so clean and Alejandra explained that she had back problems and couldn't do any vacuuming or lifting. Isabel thought this was interesting because Alejandra was able to go out dancing every Saturday night.

Isabel considered Alejandra to be lazy as she didn't speak English and didn't try to speak English. She stated that Alejandra was low-class, all she wanted to talk about was clothes, shoes and money. She stated that Alejandra told her that Don has a lot of coins in the house, a jar that she would steal from.

Isabel stated that Alejandra told her that she had a debt in Mexico and that Don was helping pay that debt.

Isabel talked about she and Alejandra going to Valley West Mall one time. She stated that Alejandra tried on clothes and shoes and bought clothes and shoes but wanted more. Isabel stated that Alejandra wanted Don to come back and Don did come back and gave her more money to spend but she still wanted more.

One time Alejandra invited Isabel to dinner at the house. After dinner, Don came in but up until that time it was just the two of them.

After the second time at her house, Alejandra called and asked her to join her at Applebee's; that she was there by herself. Isabel stated that Alejandra said that Omar worked in the kitchen and that she was sleeping with him; that she would sneak him into the house when Don was there and keep him there after Don left.

Isabel stated that Alejandra had no morals; that one Saturday at Cazador Alejandra introduced Omar to Don that night. Isabel states that the woman has no shame.

Isabel stated that she felt sorry for Omar. She stated he is from Guatemala originally and that Alejandra was just using him. She states that Omar was either 25 or 26 and that Alejandra was 40. Isabel stated that someone told her Alejandra had a child with Omar.

When Alejandra left Don, Don was upset and Alejandra called Isabel.

We talked briefly about Aida, the woman with whom Renata stayed when she was away from Don's house for a week or two. Isabel stated that Aida has a U Visa and that Isabel helped her to get that Visa. Isabel stated that this U Visa was because her boyfriend had beaten her up.

Isabel thought that there is a possibility that Renata may have helped instigate the raid on Don's house through Aida and her contacts. This seems reasonably plausible if only for the fact that Aida

refused to talk to us and disavowed any knowledge of Renata or Don when I interviewed her with an interpreter (see Aida's interview notes).

End of summary.


STATE OF IOWA            )
                         ) SS:
COUNTY OF STORY          )

I, the undersigned, Isabel Izquierdo, after first being duly sworn, upon oath depose and state that I have read the above and foregoing interview summary and that the statements contained therein are true and correct to the best of my knowledge. Any deletions or additions have been made in my hand and initialed by me.



_____
Isabel Izquierdo


Subscribed and sworn to before me, a Notary Public, on this __11TH__ day of __July__, 20 _13_ .

_____
James E. McDonald, Notary Public
in and for the State of Iowa

James E. McDonald
Commission No. 151427
My Commission Exp. 5/11/16

# SWORN STATEMENT OF KEVIN HOLT

On May 29, 2013, I met with James McDonald, Private Investigator, and participated in an interview conducted by Mr. McDonald.

Mr. McDonald compiled a summary of this interview and it is as follows:

On this date, I met with Kevin Holt.

Kevin stated that he has known Don for about 10 years; that he manages a wholesale greenhouse that sells to landscaping companies.

Kevin stated that he saw Renata quite a few times and that every time he saw her, she was dressed up nice. By that, he meant that whenever he saw her she was wearing fancy clothes, certainly not clothes she would do manual labor in.

Kevin stated that usually when he would see Don and Renata together it would be later in the day and they usually talked about being on their way to go out to dinner.

Kevin stated that usually when Don and Renata would come into his greenhouse, he would talk to Don and Renata would talk to the Hispanic women that worked for him. He stated that there were two other women that worked for him previously, Edna was on a work visa and went back to Mexico. Cleo went to work somewhere else. Either of these two women could also have talked to Renata.

Kevin stated that whenever he saw Don and Renata together they seemed to be very relaxed together. He stated that Don was always very nice to her.

Kevin stated that he really never talked to Renata as he does not speak fluent Spanish.

End of summary.

STATE OF IOWA          )
                       ) SS:
COUNTY OF STORY        )

I, the undersigned, Kevin Holt, after first being duly sworn, upon oath depose and state that I have read the above and foregoing interview summary and that the statements contained therein are true and correct to the best of my knowledge. Any deletions or additions have been made in my hand and initialed by me.

_____
Kevin Holt

Subscribed and sworn to before me, a Notary Public, on this _15TH_ day of _July_, 20_13_.

_____

| James E. McDonald |
| Commission No. 151427 |
| My Commission Exp. _5-18-16_ |

James E. McDonald, Notary Public
in and for the State of Iowa

# SWORN STATEMENT OF ISABELLA S. SANTOS

On May 29, 2013, I met with James McDonald, Private Investigator, and participated in an interview conducted by Mr. McDonald.

Mr. McDonald compiled a summary of this interview and it is as follows:

On this date, I met with Isabella S. Santos. We discussed Don Jensen and any Hispanic women that she had seen or met with Mr. Jensen.

Isabella stated that she met a Hispanic woman that was with Don Jensen on at least three or four occasions.

The first time that Isabella met this person, she asked if she was a worker of Don's and she replied, No, he's my boyfriend. Isabel said the person went on to say that she wanted to be with him.

Isabella stated that whenever she saw this woman with Don, she was always smiling and always dressed up. She stated that she never saw the woman dressed in clothes that looked like anything someone would work in.

Isabel stated that on one occasion Renata came in and was very dressed up and had just died her hair dark. She went on to say that Renata was wearing a very nice leather jacket and boots with white slacks. She stated that Renata looked very nice.

On one occasion, Renata gave Isabella a phone number but Isabella never called her. Three or four months ago Isabella saw the number on her phone and tried to call Renata but she never called back.

On another occasion Renata told Isabella that they were going to get married in Mexico that next December. After they were married, they were going to return to central Iowa.

She stated that they both looked very much in love and always looked happy. She stated that whenever she was around Renata, Renata smiled all the time.

End of summary.

| | |
|---|---|
| STATE OF IOWA | ) |
| | ) SS: |
| COUNTY OF STORY | ) |

I, the undersigned, Isabella S. Santos, after first being duly sworn, upon oath depose and state that I have read the above and foregoing interview summary and that the statements contained therein are true and correct to the best of my knowledge. Any deletions or additions have been made in my hand and initialed by me.

_Isabella S. Santos_

Isabella S. Santos

Subscribed and sworn to before me, a Notary Public, on this *15th* day of *JULY* , 20 *13* .

James E. McDonald, Notary Public
in and for the State of Iowa

James E. McDonald
Commission No. 151427
My Commission Exp. 5/11/16

# SWORN STATEMENT

I have worked for don for three years now. Over this time I have learned alot from him. Don is A Good guy and a good Boss. He treats his crew with respect and treats us all equally. Don is the only guy I have worked for that dosent like to be called boss. We work long hours, and we work hard. When we are done working for the day don is not. There are times when don is working Seven days a week. Thru this time I have gained nothing but respect, I have nothing but good things to say about Don, I never would of expected to hear the accusations that have been put upon don. The morning home land Security came to my house I was blown away by the accusations said about don & about me, they thought don & I would go to the Border and harbor Mexican guys back to Iowa to work for us, I couldn't believe what I was hearing. They asked me alot of questions about don, they also made many accusations of don that I know arent true. They made it sound like that don had a Bunch off illegal immigrants living in his barn & working for very low pay of Cash. All I kept telling the agents were that they were way off & had the wrong Idea, or they were givin the wrong information. At this time there was a crew of five including myself. We would get paid by payroll checks not cash. Don treats us guys equally, the homeland agents thought Since I was a white guy that I was the Supervisor or their Boss. The couldnt

be more wrong. I may drive the truck &
Trailer to run the equipment but thats due
to my experience not because Im the
white guy. They also talked about accusing
don of having multiple women at the
farm, the words they used were sex slaves
I was blown away by those accusations,
When I started working for don he was
dating a women by the name allahandra,
I didnt see her or talk to her very
much. There would be times don would
take us out for lunch & she would be
with him, she seemed to be happy she would
be singing in the truck, smiling, she always
seemed to be up beat. Some mornings I could
tell that Don would be bothered or up set
about something, I asked him about it and
He said she didnt come home last nite,
and sum times she would be gone for days
at a time. That went on for awhile and
not sure what she was doing or where she
was staying but it didnt seem right and
Don & her broke up. The next year I worked
for don he was dating a woman named
Ranata. Don & her always seemed to be happy
and having a good time. There was multiple
times don would meet us guys in Desmoines
and him & Ranata would take us out for
lunch. They would be sitting at the table
with us & she would be smiling, laughing,
She would sit by don & be kissing him
on the cheek, Me and the guys would

Joke about it, because they seemed like they were high school sweethearts young and in love. I would see them together at lunch or at the farm or at Garage Sales she wasn't shy about showing affection to don, roother they were holding hands, or kissing, she would run up to him giving him hugs. There were many Saturdays we would work and don would give us the where, what, & when to work and him & her would go garage sales, go shopping, or she would be getting her nails done. She was treated good by don. I would like to add that wen I first met renoty she seemed to be about 50 lbs lighter then the last day I seen her. I've helped her and don carry in grocery bags unloaded bycicles, bags of clothes the would seem to bring home about every other weekend from the Garage Sales, So I know she was beeing taken care of and had plenty of material things, and of course all the necessities,

RE-READ ON MARCH 6, 2013 - THIS IS
A TRUE AND CORRECT COPY OF A PREVIOUS
STATEMENT

Shaun Strader

SHAUN STRADER

STATE OF IOWA, ) SS:
COUNTY OF STORY,

I, THE UNDERSIGNED, SHAUN M. STRADER, AFTER FIRST
BEING DULY SWORN, UPON OATH DEPOSE AND STATE THAT I
HAVE READ THE ABOVE AND FOREGOING STATEMENT AND ALSO
THE OTHER ATTACHED SUMMARY OF ANOTHER INTERVIEW AND
THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE AND

CORRECT TO THE BEST OF MY KNOWLEDGE. I FURTHER
STATE THAT BOTH STATEMENTS ARE EXACT PHOTOCOPIES
OF THE STATEMENTS THAT I GAVE PREVIOUSLY.

SHAUN M. STRADER

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY
PUBLIC, ON THIS 6TH DAY OF MARCH, 2013

James E. McDonald
Commission No. 151427
My Commission Exp. 5-11-16

NOTARY PUBLIC IN AND FOR
THE STATE OF IOWA
JAMES E. McDONALD

**Megan Louis**            SWORN STATEMENT

10/08/12

Megan is Shaun Strader's girlfriend. Megan stated that she met Don about 3 years ago and they would see Don a couple of times a month. She stated that she did not meet Alejadra, but did meet Renata on many occasions. Megan stated that Renata was at Don's birthday party. Megan stated she would talk to Renata about food. Megan stated that it appeared that Renata and Don had a good relationship. She stated that she considered the relationship serious and committed. She stated that they would hold hands and kiss and Renata appeared to be there of her own free will. Megan stated that Renata would come and go without permission. Megan has seen them in the truck on a couple of occasions. She stated that Don bought Renata a dog and he built her a swing. Renata always seemed to the happy and was always giggling. Megan stated that Renata decorated the house and most of the stuff in the house was her stuff. Megan stated that they appeared to be a happy couple.

THIS IS AN EXACT PHOTO COPY OF THE SUMMARY OF A STATEMENT THAT I GAVE PREVIOUSLY. I HAVE RE-READ THIS STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

3-6-13
DATE

MEGAN N. LOUIS

STATE OF IOWA }
COUNTY OF STORY } ss:

I, THE UNDERSIGNED, MEGAN N. LOUIS AFTER FIRST BEING DULY SWORN, UPON OATH, DEPOSE AND STATE THAT I HAVE READ THE ABOVE AND FOREGOING SUMMARY OF A STATEMENT THAT I GAVE PREVIOUSLY, AND THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

MEGAN N. LOUIS

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC ON THIS 6TH DAY OF MARCH, 2013

James E. McDonald
Commission No. 151427
My Commission Exp. 5-11-16

JAMES E. McDONALD
NOTARY PUBLIC   IOWA

# SWORN STATEMENT OF JOSE MARTINEZ

On June 17, 2013, I met with James McDonald, Private Investigator, and participated in an interview conducted by Mr. McDonald.

Mr. McDonald compiled a summary of this interview and it is as follows:

On June 17, 2013, I met with Jose Martinez at a job site in Ames, Iowa, on Welch Street approximately two blocks south of Campustown. This was a new apartment building and Don Jensen and his crew were laying sod and doing landscape work.

Jose Martinez does not speak fluent English, so his brother Luis Martinez (who also works for Don Jensen) acted as an interpreter for me.

Jose stated that he has worked for Don for approximately 12 years. He states that he works in Iowa seven months per year. He stated that he returns to Mission, Texas, in November and stays in Texas through March of each year.

Mr. Martinez states that he is in the United States and working legally.

Mr. Martinez states that he knew Alejandra. The first time he met her was at Don's house and he would see her every morning at Don's house.

He stated that once in a while she would come to the job site and might help for an hour or two, but usually would have on headphones listening to music and sit and read.

Mr. Martinez stated that when he would see Alejandra with Don Jensen she was always very nicely dressed.

Mr. Martinez stated that Alejandra always had a cell phone when she was with Don and that she was on the phone a lot. He further stated that Don never restricted her use of that cell phone, so if she ever needed anything she had a means to contact anyone she needed to.

Mr. Martinez stated that two to three times per week Don takes his crew to lunch. He stated that Alejandra would come to lunch with them often.

Mr. Martinez stated that Alejandra would have friends pick her up at the house and she would leave with them. He stated that she went to see friends in Ames a lot without Don.

Mr. Martinez stated that Don would take Alejandra for drinks and dancing quite a bit. He stated that he always saw Don and Alejandra together.

Mr. Martinez stated that Alejandra used to smoke and drink a lot. He felt that Alejandra had a drinking problem.

Mr. Martinez also stated that one of his friends told him that Alejandra had been in jail before.

Mr. Martinez stated that one time ICE and the police came to the trailer in Nevada where he lives. He stated that the authorities were looking for Alejandra at this trailer.

Mr. Martinez stated that when he left Iowa to go back to Texas, Don and Alejandra were together. When he returned in the spring, she had left and he never saw her again.

Mr. Martinez stated that he never saw Alejandra mistreated by Don; that he was always good to her and they were quite affectionate.

Mr. Martinez stated that Don hired someone to come to the house to help Alejandra learn how to speak English.

**The following information is regarding Renata:**

Mr. Martinez stated that Renata wouldn't talk too much. He also stated that she wouldn't drink and didn't smoke.

He stated that she was always very nicely dressed.

Mr. Martinez stated that she too always had a cell phone and the use of it was not restricted in any way by Don.

Mr. Martinez stated that Renata would talk to him and others on the crew when she was there.

Mr. Martinez stated that like Alejandra, Renata would join the crew for lunch two to three times a week.

Mr. Martinez stated that on one, maybe two occasions she came to a job site and helped with something easy such as watering sod. He stated that most times when she would come to the job site, she and Don would leave together for the day leaving the crew to do the job.

Mr. Martinez stated that both Alejandra and Renata were always hugging and kissing Don.

Mr. Martinez stated that Renata would talk with him about Don. She told him that she was living the good life with Don.

Mr. Martinez stated that he was only around Renata perhaps an hour at a time on job sites because he was always busy working.

End of summary.

STATE OF IOWA        )
                     ) SS:
COUNTY OF STORY      )

I, the undersigned, Jose Martinez, after first being duly sworn, upon oath depose and state that I have read the above and foregoing interview summary and that the statements contained therein are true and correct to the best of my knowledge. Any deletions or additions have been made in my hand and initialed by me.

_Jose Martinez_
Jose Martinez

Subscribed and sworn to before me, a Notary Public, on this _11_ day of _July_ , 20 _13_ .

_James E. McDonald_
James E. McDonald, Notary Public
in and for the State of Iowa

James E. McDonald
Commission No. 151427
My Commission Exp. _5-11-16_

# SWORN STATEMENT OF ROME LNU

On April 19, 2013, I met with James McDonald, Private Investigator, and Karen Deters, Interpreter, and participated in an interview conducted by Mr. McDonald.

Mr. McDonald compiled a summary of this interview and it is as follows:

On this date, I met with Karen Deters, an interpreter, at the apartment of Rome at the address listed above.

Rome invited us into her apartment and was willing to be interviewed and answer my questions.

Rome stated that she met Alejandra at a dance and that Alejandra was with Don. She does not remember the date.

Rome stated that she and Alejandra made friends and that Alejandra invited her to the house for dinner one evening. Rome stated that she did not see Don at the house that night.

Rome stated that Alejandra lived like she was the owner of the house; that Rome visited several times with Don not present and had dinner. She stated that Alejandra was happy living there.

Rome stated that Alejandra had at least one boyfriend when she was seeing Don and that several nights she took Alejandra and dropped her off at Omar's apartment.

Rome stated that Don is a good guy.

Rome stated that she, her daughter and her daughter's friends (about eight people) brought Omar to Don and Alejandra's house for a party once. Don did not know who Omar was. She stated that her daughter, Vanessa Balderas of Story City, had pictures on her Facebook page to prove this. She stated that Maricela Franco (a friend) was also at the party and she lives in Slater, Iowa.

Rome stated that Alejandra would take Omar into the house when Don was not there. She stated that Alejandra told her that she had sex with Omar in the building on the farm; that Omar would get rides or ride his bike out to the house while Don was sleeping and they would go out to the building in the middle of the night and have sex.

Rome stated that Don was very good to Alejandra and she saw that every time she was with Alejandra.

Rome stated that on one occasion Omar stayed at the house for one and one-half days and Alejandra kept him hidden from Don.

Rome stated that Don is a good guy; that he gave a lot to Alejandra. She stated that Alejandra's place in the house was as if it were her house.

Rome stated that Alejandra did not work at all; she was always home.

Rome stated that Don always gave Alejandra all the money she needed; that on one occasion she saw him give her a lot of money to buy food for a cook out.

Rome stated that Alejandra told her she has children in Mexico. Alejandra also told Rome that Don had given her money to give to the kids in Mexico.

Rome stated that after Alejandra left Don, she stayed with Rome and her boyfriend for over one week. Omar was also staying with Alejandra at Rome's house.

Rome stated that Alejandra wanted to or tried to sleep with Rome's boyfriend and that was why she kicked Alejandra out. Rome stated that she kicked her boyfriend out the same night, but then made up with him.

Rome stated that Alejandra met a guy on the internet and went to Minnesota to live with him. She met him on a chat room. He is Mexican and they exchanged phone numbers.

Rome stated that Alejandra was embarrassed by Don. He was older than her. When they went to dances, etc., Alejandra flirted with guys and Don did not catch on.

Rome stated that thanks to Don, Alejandra had a roof over her head.

Rome stated that Alejandra wanted to marry Don to get her papers. Alejandra was ready and willing to use Don to get what she wanted.

Rome stated that at one time Alejandra said she was pregnant, but she said she was pregnant four times previously so Rome thought she was doing this to get attention.

Rome stated that Don spoke a little Spanish and Alejandra spoke a little English and that is how they got by.

At this point, I read to Rome some of the statements given by Alejandra. These were read in a general way, not specifically; just to give her an idea of what Alejandra was claiming had happened.

Rome's reaction to these statements was that Alejandra was simply telling lies to get what she wants.

When Rome introduced Alejandra to her brother, he asked "Where did you get that slut?"

Rome stated that she saw Don in a bar in Ames some time back and he told her that he had a lot of problems because of Alejandra.

Rome stated that she never thought Alejandra would go this far.

I asked Rome if she would be willing to testify and she said that she would be. She went on to say that her boyfriend would not like it; that he has a strong character, so she might not tell him.

End of summary.

STATE OF IOWA )
            ) SS:
COUNTY OF STORY )

I, the undersigned, Rome LNU, after first being duly sworn, upon oath depose and state that I have read the above and foregoing interview summary and that the statements contained therein are true and correct to the best of my knowledge. Any deletions or additions have been made in my hand and initialed by me.

_____
Rome LNU

Subscribed and sworn to before me, a Notary Public, on this _____ day of _____, 20_____.


_____
James E. McDonald, Notary Public
in and for the State of Iowa