IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal No. 4:12-cr-85 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD DEAN JENSEN, | ) | SATISFACTION OF JUDGMENT |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Judgment was entered in the above-entitled case for the United States of America, and against the Defendant. The judgment has been satisfied.

Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By: /s/ Maureen McGuire
Maureen McGuire
Assistant United States Attorney
U. S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9354
Fax: (515) 473-9282
Email: Maureen.McGuire@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on ___09-10-2013___, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_X_ U.S. Mail ____ Fax ____ Hand Delivery

____ ECF/Electronic filing  ____ Other means

Donald Dean Jensen

UNITED STATES ATTORNEY

By: /s/ Frank L. Morano, Jr.
      Financial Research Analyst